*1057 ante, p. 272;
ante, p. 912;
ante, p. 928;
*1058 No. 92-6862.
No. 92-6936.
No. 92-6947.
No. 92-7160.
No. 92-7251.
No. 92-7260.
No. 92-7313.
No. 92-7352.
No. 92-7476.
No. 92-7510.
No. 92-7538.
No. 92-7576.
ante, p. 929;
ante, p. 975;
ante, p. 933;
ante, p. 943;
ante, p. 967;
ante, p. 976;
ante, p. 977;
ante, p. 1001;
ante, p. 995;
ante, p. 996;
ante, p. 1009; and
ante, p. 980. Petitions for rehearing denied.